ALISHA DAWN TAYLOR
1 S WALKER RD
PERKINSTON, MS 39573

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
135 N CHURCH ST
SPARTANBURG, SC 29301

AFFIRM
443 IRVING DR
BURBANK, CA 91504

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

AVANT/WEBBANK
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

BALANCED HEALTHCARE RE
164 BURKE ST
STE 201
NASHUA, NH 03060

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

COMMUNITY CHOICE
1045 E FRONTAGE RD
STE A-1
WIGGINS, MS 39577

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

HORIZON DENTAL
1708 S ALEXANDER ST
PLANT CITY, FL 33563

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MEMORIAL HEALTH
P.O. BOX 738993
DALLAS, TX 75373

MIDLAND CREDIT MANAGEM
P.O. BOX 60578
LOS ANGELES, CA 90060

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

MONEY KEY
3422 OLD CAPITOL TRAIL
STE 1613
WILMINGTON, DE 19808

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

PERSONIFY FINANCIAL
PO BOX 208417
DALLAS, TX 92150

TRUE ACCORD
53 MAIDEN LANE
3RD FLOOR
SAN FRANCISCO, CA 94108

WESTLAKE PORTFOLIO
P.O. BOX 76809
LOS ANGELES, CA 90054