_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN THE MATTER OF:**                                                                  **CHAPTER 13**

**ALISHA DAWN TAYLOR**                                                        **Case No. 26-50878-KMS**
**S.S.N. XXX-XX-5290**

### ORDER DIRECTING EMPLOYER TO DEDUCT FROM DEBTOR(S) WAGES

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**Batson Physical Therapy**
**711 Hall St**
**Wiggins MS 39577-0000**

is directed to deduct from Debtor's wages the sum of **$795.00** **PER MONTH BEGINNING IMMEDIATELY.**

***THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY)***

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

*Please notate the Debtor's name and case number on the payment to the Trustee.*
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s)

**##END OF ORDER##**