Certificate Number: 17082-MSS-DE-041066025

Bankruptcy Case Number: 26-50878



17082-MSS-DE-041066025

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2026, at 12:11 o'clock PM MST, ALISHA  D TAYLOR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 7, 2026                    By:      /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:   Executive Director