# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50878 **Case Name:** Alisha Dawn Taylor
**Set:** 08/27/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson
**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)