United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50878-KMS
Alisha Dawn Taylor Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad 
Date Rcvd: Aug 25, 2026 Form ID: n031 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alisha Dawn Taylor, 1 S Walker Rd, Perkinston, MS 39573-5176 |
| 5678183 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5678189 | + | Community Choice, 1045 E Frontage Rd, Ste A-1, Wiggins, MS 39577-8163 |
| 5678192 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5678193 | + | Horizon Dental, 1708 S Alexander St, Plant City, FL 33563-8411 |
| 5678196 | + | Memorial Health, P.O. Box 738993, Dallas, TX 75373-8993 |
| 5678202 | | True Accord, 53 Maiden Lane, 3rd Floor, San Francisco, CA 94108 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5678182 | + | Email/Text: bnc@teampurpose.com | Aug 25 2026 19:54:00 | Advance America, 135 N CHurch St, Spartanburg, SC 29306-9901 |
| 5678184 | ^ | MEBN | Aug 25 2026 19:51:12 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5678185 | + | Email/Text: bk@avant.com | Aug 25 2026 19:54:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5678186 | + | Email/Text: CLIENTSERVICES@BHRLLC.COM | Aug 25 2026 19:53:00 | Balanced Healthcare Re, 164 Burke St, Ste 201, Nashua, NH 03060-4783 |
| 5681661 | + | Email/Text: bkinfo@ccfi.com | Aug 25 2026 19:54:00 | CCF of Mississippi, LLC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5678187 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 20:00:59 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5678188 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Aug 25 2026 19:54:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5678190 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2026 20:00:56 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5678191 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 20:01:00 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5694705 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2026 19:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5678194 | | Email/Text: customerservice.us@klarna.com | Aug 25 2026 19:53:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5678195 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 20:01:00 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5681342 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 20:01:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5685375 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 25 2026 20:01:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5678198 | | Email/Text: ml-ebn@missionlane.com | Aug 25 2026 19:53:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5678197 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 19:54:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5698828 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 19:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5678199 | + | Email/Text: bankruptcy@moneykey.com | Aug 25 2026 19:53:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 5678200 | + | Email/Text: bankruptcy@moneylion.com | Aug 25 2026 19:54:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5704832 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2026 20:00:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5680021 | + | Email/Text: bnc@teampurpose.com | Aug 25 2026 19:54:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |
| 5678201 | + | Email/Text: Contact@PersonifyFinancial.com | Aug 25 2026 19:54:00 | Personify Financial, Po Box 208417, Dallas, TX 75320-8417 |
| 5701883 | + | Email/Text: bncmail@w-legal.com | Aug 25 2026 19:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5696996 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 25 2026 19:54:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5678203 | ^ | MEBN | Aug 25 2026 19:50:54 | Westlake Portfolio, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Alisha Dawn Taylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | |
|---|---|
| | nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−50878−KMS
**Chapter:** 13

**In re:**

Alisha Dawn Taylor
1 S Walker Rd
Perkinston, MS 39573

## Notice of Entry of Order Confirming Plan

The Court entered an Order on August 25, 2026 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 25, 2026

Danny L. Miller, Clerk of Court